26cr-159 JMB/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCHUYLER KEATON BROOK,<br><br>Defendant. | **INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Felon in Possession of a Firearm)

On or about December 8, 2025, in the State and District of Minnesota, the defendant,

**SCHUYLER KEATON BROOK**,

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year,

| Crime | Jurisdiction of Conviction | Case No. |
|---|---|---|
| Receiving Stolen Property | Rice Co. (MN) | 66-CR-14-442 |
| Possess Pistol/Assault Weapon-Conviction or Adjudicated Delinquent for Crime of Violence | Rice Co. (MN) | 66-CR-13-2654 |
| Fourth Degree Drug Possession | Rice Co. (MN) | 66-CR-13-1523 |
| Receiving Stolen Property | Rice Co. (MN) | 66-CR-12-2818 |
| Fifth Degree Drug Possession | Rice Co. (MN) | 66-CR-12-2818 |
| First Degree Tampering with a Witness | Rice Co. (MN) | 66-CR-12-2798 |
| Drive by Shooting toward motor vehicle or building | Rice Co. (MN) | 66-CR-11-3248 |

SCANNED
SEP 1 0 2026 AC
U.S. DISTRICT COURT MPLS

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Mauser, model 98, 8mm, rifle bearing serial number 9758, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories (including magazines) involved in, or used in the commission of, Count 1.

A TRUE BILL

| | |
|---|---|
| UNITED STATES ATTORNEY | FOREPERSON |